THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN RAY HOLMES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,<br><br>　　　　　　Defendant. | CASE NO. C13-1846-JCC<br><br>ORDER |

The Court, having considered the Report and Recommendation (Dkt. No. 18) of the Honorable Brian A. Tsuchida, to which no party has objected, Plaintiff's complaint, the parties' briefing, and the balance of the record, hereby finds and ORDERS:

(1)　The Report and Recommendation is ADOPTED;

(2)　The decision of the Commissioner is AFFIRMED and this case is DISMISSED with prejudice; and

(3)　The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

//

//

//

//

ORDER
PAGE - 1

DATED this 27th day of August 2014.

                                      John C. Coughenour
                                      UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2